UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK EDWARD MELLGREN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No.  2:14-CV-0387-JTR<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.   Judgment is entered for Defendant.

　　　　DATED:  August 24, 2015

　　　　　　　　　　　　　　　　　　SEAN F. McAVOY
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　By: *s/Melissa Orosco*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**